UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                               Case Nos.:   3:22cr42/MCR/MAL
                                                                         3:23cv24167/MCR/MAL

KEVIN JAMAL BRUNDIDGE,

    Defendant.
_____/

## **ORDER**

The Magistrate Judge issued a Report and Recommendation dated August 26, 2025.  *See* ECF No. 48.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation, ECF No. 48, is adopted and incorporated by reference in this order.

2.    Defendant's *pro se* amended Motion Under 28 U.S.C. § 2255 to Vacate,

Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 44, is **DENIED;** and

3. A certificate of appealability is **DENIED**.

**DONE and ORDERED** this 9th day of January 2026.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**